# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1985
Lower Tribunal No. 2021 CA 004412-O

_____

ROBERT B. REESE, JR.,

Appellant,

v.

US BANK TRUST NATIONAL ASSOCIATION as Trustee of the CABANA
SERIES IV TRUST,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Robert A. DuChemin, Sr., of DuChemin Law & Mediation, Winter Park, for Appellant.

Evan R. Raymond, of Howard Law Group, Boca Raton, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED